Case 17-21429-JAD    Doc 19    Filed 05/22/17    Entered 05/22/17 10:46:30    Desc Main
Document    Page 1 of 1

FILED
5/22/17 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stevenson _____ Case No. __17-21429_____ (JAD)/TPA/CMB/GLT
Debtor(s)

Chapter 13 Plan dated __3/31/17__    Issued per the __5/15/2017__ Proceeding

Next Hearing Date: __10/19/17__
& time: __10:30__

*The Parties, including the Debtor(s) and the Attorney for the Debtor(s), if any, hereby agree as follows:*

☐    (1) No Changes to standard Confirmation order

(2) Changes to the standard Confirmation Order as indicated

☐    A.    For the remainder of the Plan term, the Plan payment is amended to be $_____
as of _____. Debtor(s)' counsel shall file a motion to amend the income attachment order
within five (5) days of the date of this Order.

☒    B.    The length of the Plan is increased to a total of __60__ months. This statement of duration of
the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.
The total length of the Plan shall not exceed sixty (60) months.

☒    C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is
authorized to distribute to secured and priority creditors with percentage fees.

☐    D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority or
extent of liens, including determination of the allowed amount of secured claims under 11 U.S.C. §506,
disputes over the amount and allowance of claims entitled to priority under 11 U.S.C. §507, and all objections
to claims.

☐    E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata
basis, which may represent an increase or decrease in the amount projected in the plan.

☐    F.    _____ shall be paid monthly payments of $_____ beginning with the
Trustee's _____ distribution and continuing for the duration of the plan term, to be applied by
that creditor to its administrative claim, budget payments and/or security deposit. These payments shall be at
the <u>third</u> distribution level.

☒    G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or
as otherwise noted), unless the debtor(s) successfully objects to the claim:

IRS (Cl.# 1)

☐    H.    Additional Terms:

☐ Fee application needed if any fee (including retainer) exceeds $2,500/$3,100 including any fees paid
to prior counsel.