

**CLEVELAND-CLIFFS INC.**
9227 Centre Pointe Drive, West Chester, OH 45069
P 513.425.5000   clevelandcliffs.com

May 23, 2022

RE: Nicole M. Stevenson

To Whom It May Concern:

We have checked our databases and Nicole Stevenson was never employed at Cleveland Cliffs.

Respectfully,

Clarissa Shouse
Payroll Analyst
P: 513-425-2198
F: 513-425-5841

**RECEIVED**

MAY 27 2022

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
NICOLE M. STEVENSON

    Debtor(s)

Ronda J. Winnecour, Trustee
  Movant
  vs.
NICOLE M. STEVENSON

    Respondents

Case No. 17-21429JAD

Chapter 13

Related to
Document No. __46__

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __5th__ day of __May__, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that

Ak Steel
Attn: Payroll Manager
9227 Centre Pointe Dr
West Chester, PA 45069

is hereby ordered to immediately terminate the attachment of the wages of NICOLE M. STEVENSON, social security number XXX-XX-5161. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of NICOLE M. STEVENSON.

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

FILED
5/5/22 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA