IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Nicole Stevenson,<br>　　　Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>　　　Movant,<br>　　　vs.<br>Nicole Stevenson,<br>　　　Respondent(s) | Case No.: 17-21429 JAD<br>Chapter 13<br>Related to Doc# 57 |

### ORDER TO STOP PAYROLL DEDUCTION

AND NOW, this 3rd day of June, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that

Ak Steel
Attn: Payroll Manager
9227 Centre Pointe Dr
West Chester, PA  45069

is hereby ordered to immediately terminate the attachment of the wages of JOHN L. STEVENSON, III, social security number XXX-XX-1757.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of NICOLE M. STEVENSON.

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc:　Debtor (s)
　　　Debtor (s) Attorney

FILED
6/3/22 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                     Case No. 17-21429-JAD

Nicole M. Stevenson                                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                          User: auto                                           Page 1 of 2

Date Rcvd: Jun 03, 2022                               Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole M. Stevenson, 109 Freedom Road, Butler, PA 16001-1304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022                                       Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Nicole M. Stevenson dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 03, 2022 | Form ID: pdf900 | Total Noticed: 1

S. James Wallace
                        on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

S. James Wallace
                        on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
                        PNGbankruptcy@peoples-gas.com

TOTAL: 7